

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00248-CV

| | | |
|---|---|---|
| COOK CHILDREN'S MEDICAL CENTER AND COOK CHILDREN'S HEALTH CARE SYSTEM -AND- COOK CHILDREN'S PHYSICIAN NETWORK AND JOSE OLARTE-MOTTA, M.D., Appellants | § § | On Appeal from the 141st District Court of Tarrant County (141-293532-17) |
| V. | § | March 14, 2019 |
| C.R. AND A.B., INDIVIDUALLY AND AS NATURAL GUARDIANS AND NEXT FRIENDS OF G.R., A MINOR, Appellees | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court denying the motions to dismiss is affirmed.

It is further ordered that Appellants Cook Children's Medical Center and Cook Children's Health Care System -AND- Cook Children's Physician Network and Jose Olarte-Motta, M.D. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
        Justice Mark T. Pittman